AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Umaru Yakubu and Kwabena Boakye | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:09-cv-1110-CWH |
| World Cargo Transport, Inc., and Anchor Freight Services, Inc., | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: judgment be entered in favor of the Defendants, World Cargo Transport, Inc., and Anchor Freight Services, Inc.  The Plaintiffs, Umaru Yakubu and Kwabena Boakye, shall take nothing as to their claims.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ tried by the Honorable C. Weston Houck, United States District Judge, presiding, without a jury and the above decision was reached.

☐ decided by the Honorable

Date:   October 1, 2012

*CLERK OF COURT*

s/ Virginia Druce

*Signature of Clerk or Deputy Clerk*